**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Michael Volpe,

Plaintiff,

v.

Commissioner of Social Security Administration,

Defendant.

No. CV-25-00194-TUC-JCH

**ORDER**

Before the Court is Magistrate Judge Jacqueline M. Rateau's Report and Recommendation ("R&R") (Doc. 25). Judge Rateau recommends the Court dismiss the Complaint with prejudice. Doc. 25 at 12. Neither party objects to the R&R. *See generally* Docket.

A district court reviews objected-to portions of an R&R de novo. 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b); *United States v. Remsing*, 874 F.2d 614, 617 (9th Cir. 1989). Failure to timely object may be considered a waiver of a party's right to de novo consideration of the issues. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The advisory committee's notes to Federal Rule of Civil Procedure 72(b) state that, "[w]hen no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation" of a magistrate judge. Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition. *See also Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

///

After independent review, the Court is satisfied that Judge Rateau's recommendation is sound. The Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED adopting in full** the R&R (Doc. 25) and **affirming** the decision of the Commissioner. The Clerk of Court is directed to enter judgment accordingly and close this case.

Dated this 13th day of August, 2026.

John C. Hinderaker
United States District Judge